THE HONORABLE MARSHA J PECHMAN

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 15 2002 PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERCHANTS CREDIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JAMES F. WALKER AND ELLIE WALKER,<br><br>Defendant | No 02-998P<br><br>THIRD PARTY DEFENDANT'S INITIAL DISCLOSURES<br><br>CV 02-00998 #00000007 |

Third-party defendant, pursuant to Federal Rule of Civil Procedure 26(a), and this Court's order, states as follows.

A. **Witnesses Pursuant to F.R.Civ.P. 26(a)(1)(A).**

As the third-party plaintiff's claims are preempted by ERISA, the evidence should be limited to the ERISA administrative record. Persons with knowledge of the documents and communications with the third party plaintiff's attorney include

Katrina M Brohman
C/o Bullivant Houser Bailey
2400 Westlake Office Tower
1601 Fifth Avenue, Seattle, WA 98101

---

THIRD PARTY DEFENDANT'S INITIAL DISCLOSURES    Page 1

Bullivant|Houser|Bailey PC
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101-1618
Telephone    (206) 292 8930

B.

1. Puget Sound Freight Lines Employee Benefit Plan. Previously produced and filed with removal documents.

2. State court records. Previously produced and filed with removal documents.

3. Selected business records of Great-West Life and Annuity Insurance Company.

Will be supplemented.

C. **Damages**

N/A

D. **Insurance**

N/A

E. **26(a)(2) Experts**

Third-party defendant has not yet identified expert witnesses in this matter. Third-party defendant reserves the right to identify additional experts at a later date.

DATED this 15th day of July, 2002.

BULLIVANT HOUSER BAILEY PC

By _____
Medora A. Marisseau, WSBA # 23114
Heidi M. Eckel, WSBA #31596

Attorneys for Third Party Defendant
Great-West Life & Annuity Insurance Co

3302475.1

**CERTIFICATE OF SERVICE**
I certify under penalty of perjury under the laws of the State of Washington that on this day I caused to be delivered via facsimile and mail a copy of this document to all counsel of record.

_____
Dated 07/15/02 at Seattle, Washington

THIRD PARTY DEFENDANT'S INITIAL DISCLOSURES — Page 2

Bullivant|Houser|Bailey PC
2400 Westlake Office Tower
1601 Fifth Avenue
Seattle, WA 98101-1618
Telephone (206) 292-8930