

**Bullivant|Houser|Bailey** PC

Attorneys at Law

MEDORA A MARISSEAU
Admitted in Washington and Oregon
Direct Dial (206) 521-6427
E-mail medora marisseau@bullivant com

FILED
LODGED
ENTERED
RECEIVED

AUG 1 8 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

RECEIVED
APR 17 2003
MARSHA J PECHMAN
US DISTRICT JUDGE

April 16, 2003

Hon Marsha J Pechman
U S District Court
1010 Fifth Ave
Seattle, WA 98104

Re  *Merchants Credit Corp v Walker v Great-West Life*
    U S District Court of Washington at Seattle, Case No CV02-0998P
    **Trial Date** : **May 19, 2003**
    Our File No · 4618/9

Dear Judge Pechman.

Please be advised that the parties have settled the above captioned matter

Very truly yours,

Medora A Marisseau

MAM srv
cc   Scott C Breneman
3342565 1



CV 02-00998 #00000011

2300 Westlake Office Tower, 1601 Fifth Avenue, Seattle, WA 98101-1618 • 206 292 8930  Fax 206 386 5130

www bullivant com  |  Seattle  Vancouver  Portland  Sacramento  San Francisco  Irvine  Las Vegas